

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00834-CV

Jonathan Louis **BERNAL**,
Appellant

v.

Rebecca Ashley **BERNAL**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2024CI21753
Honorable Cynthia Marie Chapa, Judge Presiding

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice
             Irene Rios, Justice
             Lori I. Valenzuela, Justice

Delivered and Filed: June 18, 2025

MOTION TO DISMISS GRANTED; DISMISSED

Appellant filed a motion to dismiss this appeal. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

PER CURIAM